**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7089**

---

PETER O. ODIGHIZUWA,

                              Plaintiff - Appellant,

        versus

OFFICER S. STROUTH,

                              Defendant - Appellee,

        and

OFFICER J. POWERS; GARY BASS,

                              Defendants.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Magistrate Judge. (7:06-cv-00720-mfu)

---

Submitted: December 19, 2007        Decided: January 10, 2008

---

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Peter O. Odighizuwa, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter O. Odighizuwa appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  <u>Odighizuwa v. Strouth</u>, No. 7:06-cv-00720-mfu (W.D. Va. Apr. 17, 2007 & July 6, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The case was decided by a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).